227 (1976), I would grant certiorari and vacate the death sentence in this case.

No. 84–1855. STEINES *v.* ROCK ISLAND ARSENAL DEPARTMENT OF ARMY ET AL., 474 U. S. 822;

No. 84–6051. ALLEN *v.* GEORGIA, 470 U. S. 1059;

No. 85–654. HURVITZ *v.* DIVISION OF MEDICAL QUALITY, BOARD OF MEDICAL QUALITY ASSURANCE, DEPARTMENT OF CONSUMER AFFAIRS OF CALIFORNIA, 474 U. S. 1081;

No. 85–753. PENNINGTON, ADMINISTRATOR FOR THE ESTATE OF TORRES *v.* FLOTA MERCANTE GRANCOLOMBIANA, S.A., ET AL., 474 U. S. 1057;

No. 85–5155. MCKINNEY *v.* ELLIS ET AL., 474 U. S. 1022;

No. 85–5337. SCHEPPF *v.* KING, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL., 474 U. S. 1035;

No. 85–5525. VEALE ET AL. *v.* VEALE ET AL., 474 U. S. 1010;

No. 85–5633. CALPIN *v.* UNITED STATES, 474 U. S. 1084;

No. 85–5642. HANCE *v.* GEORGIA, 474 U. S. 1038;

No. 85–5663. CONKLIN *v.* GEORGIA, 474 U. S. 1038;

No. 85–5695. FRAZIER *v.* PLACER SAVINGS & LOAN ASSN. ET AL., 474 U. S. 1035;

No. 85–5725. GENTSCH *v.* ROBERSON ET AL., 474 U. S. 1065;

No. 85–5777. PARKER *v.* FAIRMAN, WARDEN, ET AL., 474 U. S. 1066;

No. 85–5810. HOOKS *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, 474 U. S. 1068; and

No. 85–5867. MARTIN *v.* OHIO, 474 U. S. 1073. Petitions for rehearing denied.

No. 85–5165. BROWN *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL., 474 U. S. 858;

No. 85–5405. AMES *v.* ALASKA ET AL., 474 U. S. 951; and

No. 85–5433. SANCHEZ *v.* ROTH ET AL., 474 U. S. 982. Motions for leave to file petitions for rehearing denied.

FEBRUARY 26, 1986

No. 85–1003. PEREIRA *v.* UTAH TRANSPORT, INC., ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.